# BLANKROME

1271 Avenue of the Americas | New York, NY 10020

| | |
|---|---|
| *Phone:* | *(212) 885-5057* |
| *Fax:* | *(917) 885-5000* |
| *Email:* | *francesco.dipietro@BlankRome.com* |

March 26, 2026

**Via ECF Filing**

The Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

> Re:    Turen Stone Corp. v. LFI Incorporated
>         Case 1:25-cv-07263-PAE

Dear Judge Engelmayer:

We are attorneys for L.F.I. Inc., incorrectly sued as LFI Incorporated, the defendant in the above-referenced action.  We hereby submit this application, under Rule 21.7 of the Electronic Case Filing Rules and Instructions, to permanently seal or remove from the docket, the document described herein.

On March 25, 2028, at approximately 6:38 pm, we filed via ECF a document identified as Exhibit D to the Declaration of Anthony Lisanti and bearing Docket No. 14-4 (the "Document"). The Document was filed in error as it contains bank account information that needs to be redacted, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.  This morning, at approximately 9 am, our office called the SDNY HelpDesk to alert the Court.  The SDNY HelpDesk temporarily sealed the Document.

By reason of the foregoing, we respectfully request that Your Honor direct the Clerk of the Court to permanently seal or remove the Document from the docket.

We wish to thank Your Honor for your time and consideration.

Respectfully submitted,

*Francesco Di Pietro*

Francesco Di Pietro

GRANTED.

The Clerk of Court is respectfully directed to maintain docket 14-4 under seal.

By March 31, 2026, defense counsel shall file a properly redacted version of that document.

SO ORDERED.

Date:  March 26, 2026                          PAUL A. ENGELMAYER
       New York, New York                    United States District Judge